David De SUSTAR–WARE,
Plaintiff—Appellant,

v.

NORDSTROM, INCORPORATED;
Talxucm Services, Incorporated,
Defendants—Appellees.

No. 05–2387.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 28, 2006.

Decided: July 14, 2006.

David de Süstar–Ware, Appellant Pro Se. Ronda Brown Esaw, McGuirewoods, LLP, McLean, Virginia, for Appellee Nordstrom, Inc.

Before KING and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

---

246

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David de Süstar–Ware appeals the district court's order dismissing his employment discrimination action for failure to prosecute under Fed.R.Civ.P. 41. We have reviewed the record and find no reversible error. Accordingly, we deny all pending motions and affirm for the reasons stated by the district court. *See de Süstar–Ware v. Nordstrom, Inc.*, No. CA–04–1318–1 (E.D. Va. filed Nov. 4, 2005 & entered Nov. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*